**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Raymond CRAIG, Petitioner**

**No. 125 EAL 2017**

Supreme Court of Pennsylvania.

July 17, 2017

### ORDER

PER CURIAM

**AND NOW,** this 17th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Clinton DUNN, Petitioner**

**No. 77 EAL 2017**

Supreme Court of Pennsylvania.

July 17, 2017

### ORDER

PER CURIAM

**AND NOW,** this 17th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

**James D. SCHNELLER, Petitioner**

v.

**CLERK OF COURTS OF THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA; Prothonotary of the First Judicial District of Pennsylvania, Respondents**

**No. 54 EAL 2017**

Supreme Court of Pennsylvania.

July 17, 2017

### ORDER

PER CURIAM

**AND NOW,** this 17th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**